FILED
2020 Jun-19 AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TONI BRYANT, ) | |
| ) | |
| Claimant, ) | |
| ) | |
| vs. ) | Civil Action No. 5:19-cv-00121-CLS |
| ) | |
| COMMISSIONER, SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on May 20, 2020, recommending that this court should affirm the decision of the Commissioner of the Social Security Administration to deny claimant's claim for disability and disability insurance benefits.[1] Claimant objected to the report and recommendation.[2]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the Commissioner's decision was supported by substantial evidence and in accordance with applicable legal standards. Accordingly, claimant's objections are OVERRULED. The magistrate judge's report is hereby ADOPTED, and the

---

[1] Doc. no. 18 (Report and Recommendation).

[2] Doc. no. 20.

recommendation is ACCEPTED.  The decision of the Commissioner is AFFIRMED.

Costs are taxed against claimant.  The Clerk is directed to close this file.

**DONE** and **ORDERED** this 19th day of June, 2020.

_____
Senior United States District Judge